```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                              :

United States of America,            :
                              :

        -v-                  :          21-cr-41 (AJN)
                              :

Rodolfo Escoto,              :          <u>ORDER</u>
                              :

              Defendant.    :
                              :
------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      The arraignment and initial conference for Defendant Rodolfo Escoto is hereby

scheduled to occur on **Tuesday, February 2, 2021 at 1:00 P.M.**

      In light of the COVID-19 public health crisis, there are significant issues related to in-

court proceedings.  If the Defendant is willing to waive his physical presence, this  proceeding

will be conducted remotely as a videoconference using the Skype for Business platform.  To that

end, defense counsel shall confer with the Defendant regarding waiving his physical presence

and provide the attached waiver form to him.  If the Defendant consents and is able to sign the

form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by

defense counsel), defense counsel shall file the executed form **at least 24 hours prior to the**

**proceeding**.  In the event the Defendant consents, but counsel is unable to obtain or affix the

Defendant's signature on the form, the Court will conduct an inquiry at the outset of the

proceeding to determine whether it is appropriate for the Court to add the Defendant's signature

to the form.  If Mr. Escoto agrees to proceed remotely, defense counsel shall indicate to the

Court whether videoconference technology is reasonably available to him.

To the extent that there are any other documents relevant to the proceeding, counsel should submit them to the Court (by email or on ECF, as appropriate) **at least 24 hours prior to the proceeding**.  To the extent any documents require the Defendant's signature, defense counsel should endeavor to get them signed in advance of the proceeding as set forth above; if defense counsel is unable to do so, the Court will conduct an inquiry during the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature.  The parties are advised to consult the Court's Individual Practices in Criminal Cases well in advance of the proceeding.

SO ORDERED.

Dated: January 26, 2021
　　　　New York, New York

_____
ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                                                    **WAIVER OF RIGHT TO BE PRESENT AT**
                              -v-                                                    **CRIMINAL PROCEEDING**

                                          ,                                          **21-cr-41 (AJN)**
                                                    Defendant.
-------------------------------------------------------------------X

**Check Proceeding that Applies**


_____        Arraignment

             I have been given a copy of the indictment containing the charges against me and have reviewed it with
             my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern
             District of New York to confirm that I have received and reviewed the indictment; to have the indictment
             read aloud to me if I wish; to enter a plea of either guilty or not guilty before the judge; and to have an
             attorney beside me as I do. By signing this document, I wish to advise the court that after consultation
             with my attorney I willingly give up my right to appear in person before the judge for my arraignment. By
             signing this document, I also wish to advise the court that I willingly give up any right I might have to have
             my attorney next to me for my arraignment so long as the following conditions are met. I want my
             attorney to be able to participate in the proceeding and to be able to speak on my behalf during the
             proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if
             I wish to do so.


Date:         _____
              Signature of Defendant


              _____
              Print Name



_____        Conference

             I have been charged in an indictment with violations of federal law.  I understand that I have a right to be
             present at all conferences concerning this indictment that are held by a judge in the Southern District of
             New York, unless the conference involves only a question of law.  I understand that at these conferences
             the judge may, among other things, 1) set a schedule for the case including the date at which the trial will
             be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly
             excluded in setting the time by which the trial must occur.  I have discussed these issues with my attorney
             and wish to give up my right to be present at the conferences.  By signing this document, I wish to advise
             the court that I willingly give up my right to be present at the conferences in my case for the period of time
             in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that
             my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:    _____
         Signature of Defendant


         _____
         Print Name


_____    Bail Hearing

I am applying or in the future may apply for release from detention, or if not detained, for modification of the conditions of my release from custody, that is, my bail conditions. I understand that I have a right to appear in person before a judge in a courtroom in the Southern District of New York at the time that my attorney makes such an application. I have discussed these rights with my attorney and wish to give up these rights due to the COVID-19 pandemic so long as the following conditions are met. I request that my attorney be permitted to make applications for my release from custody or for modification of the conditions of my release, even though I will not be physically present. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.


Date:    _____
         Signature of Defendant


         _____
         Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:    _____
         Signature of Defense Counsel


         _____
         Print Name

2

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.   The interpreter's name is: _____.


Date:          _____
                    Signature of Defense Counsel



**Accepted:**     _____
                    Signature of Judge
                    Date: