USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
              :
United States of America,           :
              :
    -v-             :     21-cr-41 (AJN)
              :
Rodolfo Escoto,           :          ORDER
              :
       Defendant.         :
              :
------------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

       The arraignment and initial conference for Defendant Rodolfo Escoto is currently scheduled to occur on **Tuesday, February 2, 2021 at 1:00 P.M.**

       As noted in Dkt. No. 14, in light of the COVID-19 public health crisis, there are significant issues related to in-court proceedings. If the Defendant is willing to waive his physical presence, the proceeding will be conducted remotely as a videoconference using the Skype for Business platform. The Court will separately provide the parties with instructions for accessing this platform. Members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 717540720.

       SO ORDERED.

Dated: January 28, 2021
       New York, New York

                                                   ALISON J. NATHAN
                                           United States District Judge